No. 840. EDGAR BROTHERS CO. *v.* STATE REVENUE COMMISSION ET AL. Decided March 28, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a final judgment. *California National Bank* v. *Stateler,* 171 U. S. 447, 449; *Haseltine* v. *Central Bank of Springfield (No. 1),* 183 U. S. 130, 131; *Bruce* v. *Tobin,* 245 U. S. 18; *Mississippi Central R. Co.* v. *Smith,* 295 U. S. 718. *Mr. Orville A. Park* for appellant. *Messrs. M. J. Yeomans* and *O. H. Dukes* for appellees.

No. 857. KIRKPATRICK *v.* HARDT. Decided March 28, 1938. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not made within the time provided by law. Act of February 13, 1925, sec. 8 (a) (43 Stat. 936, 940). *Finn* v. *Railroad Commission,* 286 U. S. 559; *Cresswell &c.* v. *Tillinghast,* 286 U. S. 560. The petition for writ of certiorari is therefore also denied. *Mr. James Martin Kirkpatrick, pro se.* No appearance for respondent.

No. —, original. EX PARTE ALBERT R. HOUSE. March 28, 1938. The rule to show cause herein is discharged and the motion for leave to file petition for writ of habeas corpus is denied.